```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────────
MARIO J. REYES,

                    Plaintiff,            23-cv-10041 (JGK)

     - against -                          ORDER

COCLICO SHOWROOM, INC., ET AL.,

                    Defendants.
───────────────────────────────────────
```

Pursuant to Federal Rule of Civil Procedure 12(a), the time for the defendants to answer was December 21, 2023. To date, no answer has been filed.

The time for the defendants to answer or respond to the complaint is extended to **January 5, 2024.** Failure to respond to the complaint by this date could result in a default judgment being entered against the defendants.

The plaintiff is directed to serve a copy of this Order on the defendants and to file proof of such service on the docket by **January 2, 2024.**

**SO ORDERED.**

**Dated:   New York, New York
          December 29, 2023**              \_\_\_\_\_/s/ John G. Koeltl\_\_\_\_\_
                                                **John G. Koeltl
                                          United States District Judge**