# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160
Main: 305-949-7777
Fax:   305-704-3877

January 5, 2024

**VIA CM/ECF**
Honorable Judge John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street - Courtroom 14A
New York, NY 10007-1312

*Time + respond to the Complaint extended to 2/16/24. So ordered. Jr G Koeltf U.S.D.J. 1/8/24*

Re:    **Reyes v. Coclico Showroom, Inc., et al.**
       **Case 1:23-cv-10041-JGK**

Dear Judge Koeltl:

The undersigned represents the Plaintiff in the above-captioned case matter.

Per Order [D.E. 9], the Court states, the time for the defendants to answer or respond to the complaint is extended to January 5, 2024. Plaintiff states the following:

The date on the Affidavit of Service is the date a server delivers the Complaint and Summons to the Department of State. The actual service of the Complaint [D.E. 1] to the Defendants, then is done by the Department of State, who serve the Defendants via Certified Mail. At this time, Plaintiff comprehends that the service of process through the Department of State by certified mail is being delayed, and that service has been behind schedule or backlogged by 6 to 8 weeks. Therefore, Plaintiff would seek to extend the time similarly parts for the Defendants to respond, due to this delay.

The undersigned, therefore, respectfully requests the Court for an extension of time of 45 days to allow for Defendants to appear.

Thank you for your kind attention to this matter.

Sincerely,

By: /S/ B. Bradley Weitz
       B. Bradley Weitz, Esq. (BW9365)
       THE WEITZ LAW FIRM, P.A.
       Attorney for Plaintiff
       Bank of America Building
       18305 Biscayne Blvd., Suite 214
       Aventura, Florida 33160
       Telephone: (305) 949-7777
       Facsimile: (305) 704-3877
       Email: bbw@weitzfirm.com