```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

MARIO J. REYES,

                Plaintiff,              23-cv-10041 (JGK)

      - against -                    ORDER

COCLICO SHOWROOM, INC., ET AL.,

                Defendants.

      The time for the defendants to answer or respond to the complaint was December 21, 2023. ECF Nos. 7 and 8. On December 29, 2023, the Court extended the time to answer or respond to the complaint to January 5, 2024, and noted that failure to respond to the complaint by that date could result in a default judgment being entered against the defendants. ECF No. 9. The plaintiff filed proof of service of the Court's Order on the defendants. ECF No. 10.

      In response to a letter motion by the defendants, ECF No. 11, the Court extended the time to respond to the complaint to February 16, 2024, ECF No. 12. To date, no answer has been filed. The time for the defendants to answer or respond to the complaint is extended for a final time to **February 26, 2024**.

SO ORDERED.

Dated:    New York, New York
           February 21, 2024

                                            John G. Koeltl
                                        **United States District Judge**