UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MARIO J. REYES,
                      Plaintiff(s)

          -against-

COCLICO SHOWROOM, INC., et al.,
                      Defendant(s).
-----------------------------------------------------------------X

23 civ 10041 (JGK)

## ORDER

The parties shall submit a Rule 26(f) report by **April 16, 2024.**

The conference scheduled for April 2, 2024, at 12:30pm, is canceled.

**SO ORDERED.**

                                                **JOHN G. KOELTL**
                                         **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
          March 26, 2024